1   Ted G. Meadows
    Navan Ward, Jr.
2   Gerald B. Taylor, Jr.
    Andy D. Birchfield, Jr.
3   **BEASLEY, ALLEN, CROW, METHVIN,**
    **PORTIS & MILES, P.C.**
4   234 Commerce Street
    P.O. Box 4160
5   Montgomery, Alabama 36103
    Telephone:  334-269-2343
6   Facsimile:  334-954-7555
    Attorneys for Plaintiffs
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
    MARKETING SALES PRACTICES AND           **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *Mary A. Williams v. Pfizer Inc, et al.*   **STIPULATION AND ORDER OF**
    (08-1975 CRB)                           **DISMISSAL WITH PREJUDICE**
16

17  *Garry Norman v. Pfizer Inc, et al.*
    (10-0191 CRB)
18
    *Gayle Zachary v. Pfizer Inc, et al.*
19  (10-0199 CRB)

20  *Debbie Jackson, et al. v. Pfizer Inc, et al.*
    (10-0200 CRB)
21

22         Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

25

26

27

28

                                          -1-

1

each side bearing its own attorneys' fees and costs.

2

3

4

DATED: __12/15__, 2010     By: _____

5

6

**BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.**
234 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

7

8

9

*Attorneys for Plaintiffs*

10

11

DATED: __12/16__, 2010     By: _____/S/_____

12

13

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

14

15

*Defendants' Liaison Counsel*

16

17

18

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

19

20

Dated: DEC 2 2 2010

21

_____

22

Hon. Charles R. Breyer
United States District Court

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**